So Ordered.

Signed this 11 day of July, 2016.

_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| *In re:* | **Case No. 16-10575 - rel** |
| **Wen Song Chen,** | **Chapter 7** |
| *Debtor.* | |

**Consent Order Withdrawing the
United States Trustee's Motion to Examine Fees and to
Disgorge Excessive Fees Pursuant to 11 U.S.C. § 329**

**UPON,** the United States Trustee's Motion to Examine Fees and to Disgorge Excessive Fees Pursuant to 11 U.S.C. § 329 ("Motion") (Doc. No. 11), scheduled for June 15, 2016, and further

**UPON,** the appearances of Yimin Chen, Esq., for the Debtor and Kevin Purcell, Trial Attorney for the United States Trustee for Region 2, William K. Harrington, and further

**UPON,** the United States Trustee having orally withdrawn the Motion and agreeing to reimburse certain costs incurred by Debtor's counsel, and further

**UPON,** all the facts and circumstances before the Court, it is

**ORDERED,** that the United States Trustee's Motion is deemed withdrawn, and it is further

**ORDERED,** that due to special circumstances, the Office of the United States Trustee shall reimburse costs to Debtor's counsel in the amount of $179.00 to be paid within ten (10) days of the entry of this Order.

###