## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Wen Song Chen , <br><br> Debtor(s) <br><br><br> Last four digits of Social Security No(s). : xxx–xx–8355 , <br> Employer's Tax Identification No(s). *[if any]*: , | ) <br> ) <br> ) <br> ) <br> ) Case No. 16–10575–1–rel <br> ) <br> ) <br> ) Chapter 7 <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEPUTY CLERK'S STATEMENT

The undersigned Deputy Clerk with the United States Bankruptcy Court Clerk's Office for the Northern District of New York notes that the referenced order was entered in error, as there are matters still pending in the case.

> Name and docket number of Order:
>
> *21* – Final Decree . (Davis, Mary)

The Deputy Clerk requests an order vacating the order entered as a result of an administrative error.

Date: 8/5/16                                                                 KIM F. LEFEBVRE
                                                                             Clerk of Court

                                                                             By: <u>Mary Davis</u>

                                                                                          Deputy Clerk