So Ordered.

Signed this 5 day of August, 2016.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re  Wen Song Chen                    ,  )
*[Set forth here all names including married, maiden, and trade*  )
*names used by debtor within last 8 years.]*  )
                                             )
                        Debtor            )    Case No. 16-10575-
                                             )
                                             )
Last four digits of Social Security No(s): 8355       )    Chapter 7
Employer Tax Identification (EIN) No(s). (if any)_____)

### Order Vacating an Order Entered in Error

The Bankruptcy Court Clerk's Office for the Northern District of New York notes that the following order was entered in error:

Final Decree . (Davis, Mary) (order entered premature)

IT IS ORDERED:

The above referenced order is hereby vacated and of no effect.

#####

O:M162(03/20/2014)