**Marian Garza**
**Ascension Capital Group**
**P.O. Box 201347**
**Arlington, TX 76006**
**(817) 277-2011 Office**
**(888) 455-6662 Toll Free**
**(817) 461-8070 Fax**

**BANKRUPTCY SERVICER FOR BMW Bank of North America**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WEN S CHEN | § § | CASE NO. 16-10575-REL-7 |
| | § § | CHAPTER 7 |
| DEBTOR(S) | § § | |

FILED
AUG - 8 2016
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**NOTICE OF WITHDRAWAL OF REQUEST FOR NOTICE**

COMES NOW, Ascension Capital Group, bankruptcy servicer for BMW Bank of North America, and files this its Notice of Withdrawal of the Request for Notice filed in the above-styled and numbered case on April 5, 2016.

Respectfully submitted,

_____
MARIAN GARZA
ASCENSION CAPITAL GROUP
P.O. BOX 201347
ARLINGTON, TX 76006
(817) 277-2011

BANKRUPTCY SERVICER FOR
BMW Bank of North America

# Ascension Capital Group

P.O. Box 201347
Arlington, TX 76006
(817) 277-2011
Fax (817) 461-8070

August 1, 2016

U.S. Bankruptcy Court
Clerk of the Court
445 Broadway Suite 330
Albany, NY 12207

RE:     Debtor:       Wen S. Chen
        Case No.:     16-10575-REL-7
        Creditor:     BMW Bank of North America
        File No.:     1093989

FILED
AUG -8 2016
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Dear Sir/Madam:

Ascension Capital Group is the Bankruptcy Servicer of the above-mentioned Creditor.

Enclosed please find the original of the Withdrawal of Request for Notice prepared for filing in the above bankruptcy case. Please process this document in your usual manner.

Please contact me should you have any questions regarding this matter.

Sincerely,
Ascension Capital Group

Ravi Trivedi
(817) 277-2011, ext. 0